**EXHIBIT A**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
(BROOKLYN)**

| | |
|---|---|
| **IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION** | |
| *This Document Relates to:* | **No.: 1:22-md-03044-NGG-MMH** |
| Yegparian et al. v. Exactech, Inc. et al 1:23-cv-03931 | **MDL No. 3044** |

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. I certify that on ___06/19/2023___, I served a true and correct copy of document(s) entitled:

1. SUMMONS IN A CIVIL ACTION;

2. COMPLAINT;

3. CIVIL COVER SHEET

on TPG, Inc., Osteon Holdings, Inc., Osteon Merger Sub, Inc., and Osteon Intermediate Holdings II, Inc., Inc. at TPG_Complaints@kirkland.com pursuant to the Electronic Service Order that was entered on ___04/14/2023___.

Date: ___06/19/2023___     /s/Ellen Relkin
                           [Plaintiffs' Counsel Signature]